**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **CAROLYN KEY,** | * | |
| Plaintiff | * | |
| v. | * | Case number: RWT 08cv3346 |
| **SOVEREIGN BANK,** | * | |
| Defendant | * | |

**SETTLEMENT ORDER**

**(LOCAL RULE 111)**

This Court has been advised by the parties that the above action has been settled, including all counter-claims, cross-claims, third-party claims and attorney's fees, if any. Accordingly, pursuant to Local Rule 111, it is this 3rd day of August, 2009, by the United States District Court for the District of Maryland, hereby

**ORDERED** that this action is **DISMISSED** with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is **WITHOUT PREJUDICE** to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be **WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court serve copies of this Order, by United States mail, upon the attorneys of record for the parties appearing in this case.

                                    /s/
                                    ROGER W. TITUS
                                    UNITED STATES DISTRICT JUDGE